Exhibit 2

Method Claim: 11

| US10114608B2 | Yamaha's MusicCast App ("The Accused Product") |
|---|---|
| 11. A method of using a multi-mode media system operable at a given time in one of a first mode or a second mode, selectively, the first mode comprising operation as a system for accessing a media source co-housed with or connected to and operationally integrated with the multi-mode media system, the media source configured to access media content for playing by the multi-mode media system, and the second mode comprising operation of the | The accused product discloses a method of using a multi-mode media system (i.e., MusicCast App) operable at a given time in one of a first mode (i.e., Playback of songs stored on smartphones and tablets) or a second mode (i.e., Streaming), selectively, the first mode (i.e., Playback of songs stored on smartphones and tablets) comprising operation as a system for accessing a media source (i.e., songs stored on smartphones and tablets) co-housed with or connected to and operationally integrated with the multi-mode media system (i.e., MusicCast App), the media source (i.e., songs stored on smartphones and tablets) configured to access media content (i.e., Songs) for playing by the multi-mode media system (i.e., MusicCast App), and the second mode (i.e., Streaming) comprising operation of the multi-mode media system (i.e., MusicCast App) for controlling over a network (i.e., WiFi) a media source (i.e., Spotify, Pandora, Amazon Music, Amazon Music HD, SiriusXM Internet Radio, SiriusXM Music for Business, Qobuz, Deezer, TIDAL and free internet radio) remote from the multi-mode media system (i.e., MusicCast App).

As shown below, the accused product, Yamaha's MusicCast App (i.e., multi-mode media system) provides a system in which MusicCast App (i.e., multi-mode media system) on an Apple or Android mobile device can be used to control and link MusicCast devices using Wi-Fi (i.e., network) wherein, MusicCast devices are used for streaming songs (i.e., media content) from Spotify, Pandora, Amazon Music, Amazon Music HD, SiriusXM Internet Radio, SiriusXM Music for Business, Qobuz, Deezer, TIDAL, free internet radio (i.e., media source remote from the multi-mode media system) and playback the songs (i.e., media content) stored on smartphones and tablets (i.e., media source co-housed with or connected to and operationally integrated with the multi-mode media system). |

multi-mode media system for controlling over a network a media source remote from the multi-mode media system, comprising:



https://usa.yamaha.com/products/contents/audio_visual/musiccast/index.html



https://usa.yamaha.com/products/contents/audio_visual/musiccast/index.html



## Product Information

### MusicCast Controller

Control all your equipment with just a single app.

- Listen to streaming music services including TIDAL, Deezer, Pandora®, Spotify, Qobuz, SiriusXM Internet Radio and thousands of free internet radio stations* — second mode
- Listen to music stored on your smartphone, tablet, computer or network attached storage (NAS) devices
- Access external sources connected to your MusicCast device, which may include HDMI®, optical, digital coax, analog and/or phono inputs (varies by device)
- Select Bluetooth® as an input to a MusicCast device and redistribute the stream via Wi-Fi® to other MusicCast devices — first mode
- Control basic functions like volume, mute, tone controls and sound settings
- Link function lets you play the same song in different rooms simultaneously
- Customize the room screen with your own pictures
- Set a MusicCast device to output to a Bluetooth speaker or Bluetooth headphones you may already own

https://usa.yamaha.com/products/audio_visual/apps/musiccast_controller/index.html

MusicCast

About MusicCast

# ABOUT MUSICCAST

### What is MusicCast?

MusicCast is a streaming and multi-room audio system built into many Yamaha products, including AV receivers, sound bars, wireless speakers and a turntable. Designed to work with your Wi-Fi® router, MusicCast lets you stream all of your music and other audio content to every room in your home with easy control from the MusicCast app, an Alexa device or third-party control system, such as Control4, Crestron, ELAN, RTI, or URC.

Certain MusicCast products support MusicCast Surround and/or MusicCast Stereo capabilities, which allow for wireless multi-speaker configurations within a single room for surround or stereo sound. MusicCast Surround allows compatible MusicCast speakers to be used as wireless rear surround sound speakers to create a 5.1-ch. home theater system when used with a compatible AV receiver or sound bar. MusicCast Stereo allows for stereo or 2.1-ch. stereo configurations using compatible MusicCast speakers.

### What sets MusicCast apart from other multi-room audio systems?

**True Sound.** As the world's largest musical instrument manufacturer and leader in both professional and home audio solutions, Yamaha is as passionate about sound quality as you are. This passion is reflected throughout our product line – from sound performance of individual products to the underlying technologies, such as high-resolution audio streaming, supported by MusicCast.

**Flexibility.** MusicCast products support not only Wi-Fi, but also other wireless technologies like Bluetooth®, Spotify Connect and AirPlay®. Devices can also be wired to Ethernet. Plus, many MusicCast models offer HDMI®, optical, analog and/or phono inputs that can be selected as a source for listening throughout your home. Wired or wireless, streaming or traditional content, home theater or whole home audio — MusicCast supports it all.

https://usa.yamaha.com/products/contents/audio_visual/musiccast/musiccast-faqs.html

### Does MusicCast support iTunes or music libraries on mobile devices?

The MusicCast app supports playback of songs stored on smartphones and tablets that are not DRM (Digital Rights Management) protected. The app also supports playback of music libraries stored on a computer through UPnP (Universal Plug and Play), which is already available on most Windows and Mac computers or is easy to add. Additionally, it is possible to stream to MusicCast devices from iTunes on a computer using AirPlay.

https://usa.yamaha.com/products/contents/audio_visual/musiccast/musiccast-faqs.html

**Which streaming services are supported by MusicCast?**

Streaming services vary by country and model. In the United States, Spotify, Pandora, Amazon Music, Amazon Music HD, SiriusXM Internet Radio, SiriusXM Music for Business, Qobuz, Deezer, TIDAL and free internet radio can be accessed from the MusicCast app on most current MusicCast devices. Apple Music can be accessed using AirPlay 2 or AirPlay. For a list of streaming service availability for your MusicCast product, see here.

Using Bluetooth, MusicCast supports content from any streaming service available from your smartphone or tablet.

**Does MusicCast support playback of Qobuz high-resolution audio?**

**Can multi-channel surround sound content (5.1-ch, 7.1-ch, etc.) be enjoyed in other rooms with MusicCast?**

**Does MusicCast support Apple AirPlay® or AirPlay 2®?**

Many current MusicCast models support AirPlay 2, which allows you to stream audio from an iOS device or from iTunes on a Mac® or PC to either a single MusicCast device or to multiple MusicCast devices simultaneously. This gives you access to Apple Music on a MusicCast system and can even be controlled using Siri.

Other MusicCast devices support the first-generation AirPlay which allows you to stream audio from an iOS device to a *single* MusicCast device or from iTunes on a Mac® or PC to multiple MusicCast devices simultaneously. For these models, you may also use a Bluetooth connection or external input (HDMI, optical, analog) to stream to multiple MusicCast devices simultaneously.

Select MusicCast products support AirPlay 2®. See here for a list of AirPlay® and AirPlay 2® compatible products.

For more information on AirPlay2, see the Apple website here.

**https://usa.yamaha.com/products/contents/audio_visual/musiccast/musiccast-faqs.html**

**What is required to set up a MusicCast system?**

- One or more Yamaha MusicCast products
- Wi-Fi router
- Free MusicCast app on an Apple® or Android™ mobile device(iOS 10.0 or Android 4.1 or higher)

**How do I add a MusicCast device on the MusicCast app?**

**What Wi-Fi bands does MusicCast support?**

All MusicCast products are Wi-Fi CERTIFIED® and capable of operating on a 2.4 GHz. MusicCast products offering MusicCast Surround/Stereo compatibility also support 5 GHz.

When setting up a MusicCast system, it is generally advisable to select an SSID designated as 2.4 GHz since lower frequencies offer more reach through walls, floors and doors. For MusicCast models that support 5 GHz, this choice may provide cleaner channel availability in environments with especially heavy wireless congestion.

MusicCast Surround/Stereo configurations automatically make use of a separate 5 GHz connection that does not pass through the router, allowing for the best performance between devices within a single room.

**Is it necessary to use an Ethernet cable to connect a MusicCast device to a Wi-Fi router?**

No. Connection of MusicCast devices to your home Wi-Fi router can be made wirelessly following a few simple steps in the app and by using the "CONNECT" button on the device. MusicCast devices do offer the option of using a wired Ethernet connection if preferred.

https://usa.yamaha.com/products/contents/audio_visual/musiccast/musiccast-faqs.html



**RX-V685**

**Find by purpose**

BEFORE USING THE UNIT

FEATURES

PREPARATIONS

ENJOYING SOUND

PLAYBACK

CONFIGURATIONS

TROUBLESHOOTING

APPENDIX

**Find by menu name**

Option menu

Setup Menu

ADVANCED SETUP menu

**Others**

PLAYBACK › Listening to music streaming services

## Listening to a streaming service

You can listen to a streaming service with the MusicCast CONTROLLER on your mobile device. On the MusicCast CONTROLLER screen, select the room name that was specified for the unit, and then select the streaming service to be tuned into by its station name.

For details, see the MusicCast CONTROLLER app.

**NOTE**

- Service is limited to certain areas.
- Services supported with the unit may not be available depending upon some regions where the unit is purchased.
- Service may change or be discontinued without notice.
- After registering the unit in the MusicCast CONTROLLER app, you can use the streaming service. For details, see the following:
  - "Adding the unit to the MusicCast network"
- To use this function, the unit must be connected to the Internet. You can check whether the network parameters (such as the IP address) are properly assigned to the unit. For details, see the following:
  - "Checking the network information on the unit"
- For details on music streaming services, see the supplements for streaming services. Access the Yamaha Downloads site to download the supplement.
  http://download.yamaha.com/

https://manual.yamaha.com/av/18/rxv685/en-US/3857334795.html



The easy-to-use MusicCast app lets you connect and control every connected Yamaha audio device.

https://youtu.be/ZAMTaMRwNoI



remote media source

In the app you will find easy access to all the most popular streaming services.

https://youtu.be/ZAMTaMRwNoI



https://youtu.be/ZAMTaMRwNoI

| | |
|---|---|
| (A) operating the multi-mode media system in a first mode, selectively, for accessing a media source co-housed with or connected to and operationally | The accused product discloses that operating the multi-mode media system (i.e., MusicCast App)  in a first mode (i.e., Playback of songs stored on smartphones and tablets), selectively, for accessing a media source (i.e., songs stored on smartphones and tablets) co-housed with or connected to and operationally integrated with the multi-mode media system (i.e., MusicCast App) , wherein when operated in the first mode (i.e., Playback of songs stored on smartphones and tablets), the multi-mode media system (i.e., MusicCast App)  performs operations of:<br><br>As shown below, the accused product, Yamaha's MusicCast App (i.e., multi-mode media system) provides a system in which MusicCast App (i.e., multi-mode media system) on |

| integrated with the multi-mode media system, wherein when operated in the first mode, the multi-mode media system performs operations of: | an Apple or Android mobile device can be used to control and link MusicCast devices wherein, MusicCast devices are used to playback the songs (i.e., media content) stored on smartphones and tablets (i.e., media source co-housed with or connected to and operationally integrated with the multi-mode media system).  https://usa.yamaha.com/products/contents/audio_visual/musiccast/index.html |



https://usa.yamaha.com/products/contents/audio_visual/musiccast/index.html

## Product Information

### MusicCast Controller

Control all your equipment with just a single app.

- Listen to streaming music services including TIDAL, Deezer, Pandora®, Spotify, Qobuz, SiriusXM Internet Radio and thousands of free internet radio stations*
- Listen to music stored on your smartphone, tablet, computer or network attached storage (NAS) devices
- Access external sources connected to your MusicCast device, which may include HDMI®, optical, digital coax, analog and/or phono inputs (varies by device)
- Select Bluetooth® as an input to a MusicCast device and redistribute the stream via Wi-Fi® to other MusicCast devices
- Control basic functions like volume, mute, tone controls and sound settings
- Link function lets you play the same song in different rooms simultaneously
- Customize the room screen with your own pictures
- Set a MusicCast device to output to a Bluetooth speaker or Bluetooth headphones you may already own





https://usa.yamaha.com/products/audio_visual/apps/musiccast_controller/index.html

MusicCast

About MusicCast

# ABOUT MUSICCAST

**What is MusicCast?**

MusicCast is a streaming and multi-room audio system built into many Yamaha products, including AV receivers, sound bars, wireless speakers and a turntable. Designed to work with your Wi-Fi® router, MusicCast lets you stream all of your music and other audio content to every room in your home with easy control from the MusicCast app, an Alexa device or third-party control system, such as Control4, Crestron, ELAN, RTI, or URC.

Certain MusicCast products support MusicCast Surround and/or MusicCast Stereo capabilities, which allow for wireless multi-speaker configurations within a single room for surround or stereo sound. MusicCast Surround allows compatible MusicCast speakers to be used as wireless rear surround sound speakers to create a 5.1-ch. home theater system when used with a compatible AV receiver or sound bar. MusicCast Stereo allows for stereo or 2.1-ch. stereo configurations using compatible MusicCast speakers.

**What sets MusicCast apart from other multi-room audio systems?**

**True Sound.** As the world's largest musical instrument manufacturer and leader in both professional and home audio solutions, Yamaha is as passionate about sound quality as you are. This passion is reflected throughout our product line – from sound performance of individual products to the underlying technologies, such as high-resolution audio streaming, supported by MusicCast.

**Flexibility.** MusicCast products support not only Wi-Fi, but also other wireless technologies like Bluetooth®, Spotify Connect and AirPlay®. Devices can also be wired to Ethernet. Plus, many MusicCast models offer HDMI®, optical, analog and/or phono inputs that can be selected as a source for listening throughout your home. Wired or wireless, streaming or traditional content, home theater or whole home audio — MusicCast supports it all.

https://usa.yamaha.com/products/contents/audio_visual/musiccast/musiccast-faqs.html

**Does MusicCast support iTunes or music libraries on mobile devices?**

The MusicCast app supports playback of songs stored on smartphones and tablets that are not DRM (Digital Rights Management) protected. The app also supports playback of music libraries stored on a computer through UPnP (Universal Plug and Play), which is already available on most Windows and Mac computers or is easy to add. Additionally, it is possible to stream to MusicCast devices from iTunes on a computer using AirPlay.

https://usa.yamaha.com/products/contents/audio_visual/musiccast/musiccast-faqs.html



https://youtu.be/8P1PYq0Z080?si=dizbButxWoCdcZcU



https://youtu.be/dpD8dz_Ybiw

| a. displaying user-selectable media metadata on a display of the multi-mode media system, at least one media content being associated with each displayed | The accused product discloses that displaying user-selectable media metadata on a display of the multi-mode media system (i.e., MusicCast App) , at least one media content (i.e., Songs) being associated with each displayed media metadata (i.e., songs stored on smartphones and tablets displayed in displayed in "This phone" option) and being stored on and available from the media source (i.e., songs stored on smartphones and tablets) for playing by the multi-mode media system (i.e., MusicCast App) , and no selectable displayed media metadata (i.e., songs stored on smartphones and tablets displayed in displayed in "This phone" option) is associated with media content (i.e., Songs) available from a separate media source (i.e., Spotify, Pandora, Amazon Music, Amazon Music HD, SiriusXM Internet Radio, SiriusXM Music for Business, Qobuz, Deezer, |

| | |
|---|---|
| media metadata and being stored on and available from the media source for playing by the multi-mode media system, and no selectable displayed media metadata is associated with media content available from a separate media source remote from the multi-mode media system; | TIDAL and free internet radio) remote from the multi-mode media system (i.e., MusicCast App) .<br><br>As shown below, the accused product, Yamaha's MusicCast App (i.e., multi-mode media system) provides a system in which MusicCast App (i.e., multi-mode media system) on an Apple or Android mobile device can be used to control and link MusicCast devices wherein, MusicCast devices are used to playback the songs (i.e., media content) stored on smartphones and tablets (i.e., media source co-housed with or connected to and operationally integrated with the multi-mode media system) which are displayed in "This phone" option in MusicCast App (i.e., multi-mode media system) which can be selected by the user, whereas the songs (i.e., media content) accessible through Spotify, Pandora, Amazon Music, Amazon Music HD, SiriusXM Internet Radio, SiriusXM Music for Business, Qobuz, Deezer, TIDAL and free internet radio (i.e., media source remote from the multi-mode media system) are not presented in "This phone" option. |



https://usa.yamaha.com/products/contents/audio_visual/musiccast/index.html



https://usa.yamaha.com/products/contents/audio_visual/musiccast/index.html

## Product Information

### MusicCast Controller

Control all your equipment with just a single app.

- Listen to streaming music services including TIDAL, Deezer, Pandora®, Spotify, Qobuz, SiriusXM Internet Radio and thousands of free internet radio stations*
- Listen to music stored on your smartphone, tablet, computer or network attached storage (NAS) devices
- Access external sources connected to your MusicCast device, which may include HDMI®, optical, digital coax, analog and/or phono inputs (varies by device)
- Select Bluetooth® as an input to a MusicCast device and redistribute the stream via Wi-Fi® to other MusicCast devices
- Control basic functions like volume, mute, tone controls and sound settings
- Link function lets you play the same song in different rooms simultaneously.
- Customize the room screen with your own pictures
- Set a MusicCast device to output to a Bluetooth speaker or Bluetooth headphones you may already own



https://usa.yamaha.com/products/audio_visual/apps/musiccast_controller/index.html

MusicCast                                                                                                          About MusicCast

# ABOUT MUSICCAST

**What is MusicCast?** ▲

MusicCast is a streaming and multi-room audio system built into many Yamaha products, including AV receivers, sound bars, wireless speakers and a turntable. Designed to work with your Wi-Fi® router, MusicCast lets you stream all of your music and other audio content to every room in your home with easy control from the MusicCast app, an Alexa device or third-party control system, such as Control4, Crestron, ELAN, RTI, or URC.

Certain MusicCast products support MusicCast Surround and/or MusicCast Stereo capabilities, which allow for wireless multi-speaker configurations within a single room for surround or stereo sound. MusicCast Surround allows compatible MusicCast speakers to be used as wireless rear surround sound speakers to create a 5.1-ch. home theater system when used with a compatible AV receiver or sound bar. MusicCast Stereo allows for stereo or 2.1-ch. stereo configurations using compatible MusicCast speakers.

**What sets MusicCast apart from other multi-room audio systems?** ▲

**True Sound.** As the world's largest musical instrument manufacturer and leader in both professional and home audio solutions, Yamaha is as passionate about sound quality as you are. This passion is reflected throughout our product line – from sound performance of individual products to the underlying technologies, such as high-resolution audio streaming, supported by MusicCast.

**Flexibility.** MusicCast products support not only Wi-Fi, but also other wireless technologies like Bluetooth®, Spotify Connect and AirPlay®. Devices can also be wired to Ethernet. Plus, many MusicCast models offer HDMI®, optical, analog and/or phono inputs that can be selected as a source for listening throughout your home. Wired or wireless, streaming or traditional content, home theater or whole home audio — MusicCast supports it all.

https://usa.yamaha.com/products/contents/audio_visual/musiccast/musiccast-faqs.html

**Does MusicCast support iTunes or music libraries on mobile devices?** ▲

The MusicCast app supports playback of songs stored on smartphones and tablets that are not DRM (Digital Rights Management) protected. The app also supports playback of music libraries stored on a computer through UPnP (Universal Plug and Play), which is already available on most Windows and Mac computers or is easy to add. Additionally, it is possible to stream to MusicCast devices from iTunes on a computer using AirPlay.

https://usa.yamaha.com/products/contents/audio_visual/musiccast/musiccast-faqs.html



media source

https://youtu.be/8P1PYq0Z080?si=dizbButxWoCdcZcU



https://youtu.be/dpD8dz_Ybiw

| | |
|---|---|
| b. receiving from a user a selection of media metadata from among the displayed media metadata, wherein the selection indicates to the | The accused product discloses that receiving from a user a selection of media metadata (i.e., songs stored on smartphones and tablets displayed in displayed in "This phone" option) from among the displayed media metadata (i.e., songs stored on smartphones and tablets displayed in displayed in "This phone" option), wherein the selection indicates to the multi-mode media system (i.e., MusicCast App) that the user is requesting that said multi-mode media system (i.e., MusicCast App) should play media content (i.e., Songs) associated with the selected media metadata (i.e., songs stored on smartphones and tablets displayed in displayed in "This phone" option).<br><br>As shown below, the accused product, Yamaha's MusicCast App (i.e., multi-mode media |

| | |
|---|---|
| multi-mode media system that the user is requesting that said multi-mode media system should play media content associated with the selected media metadata, and | system) provides a system in which MusicCast App (i.e., multi-mode media system) on an Apple or Android mobile device can be used to control and link MusicCast devices wherein, MusicCast devices are used to playback the songs (i.e., media content) stored on smartphones and tablets (i.e., media source co-housed with or connected to and operationally integrated with the multi-mode media system) which are displayed in "This phone" option in MusicCast App (i.e., multi-mode media system) which can be selected by the user to play on a MusicCast device.<br><br><br><br>https://usa.yamaha.com/products/contents/audio_visual/musiccast/index.html |



https://usa.yamaha.com/products/contents/audio_visual/musiccast/index.html

## Product Information

### MusicCast Controller

Control all your equipment with just a single app.

- Listen to streaming music services including TIDAL, Deezer, Pandora®, Spotify, Qobuz, SiriusXM Internet Radio and thousands of free internet radio stations*
- Listen to music stored on your smartphone, tablet, computer or network attached storage (NAS) devices
- Access external sources connected to your MusicCast device, which may include HDMI®, optical, digital coax, analog and/or phono inputs (varies by device)
- Select Bluetooth® as an input to a MusicCast device and redistribute the stream via Wi-Fi® to other MusicCast devices
- Control basic functions like volume, mute, tone controls and sound settings
- Link function lets you play the same song in different rooms simultaneously.
- Customize the room screen with your own pictures
- Set a MusicCast device to output to a Bluetooth speaker or Bluetooth headphones you may already own





https://usa.yamaha.com/products/audio_visual/apps/musiccast_controller/index.html

MusicCast

## ABOUT MUSICCAST

**What is MusicCast?**

MusicCast is a streaming and multi-room audio system built into many Yamaha products, including AV receivers, sound bars, wireless speakers and a turntable. Designed to work with your Wi-Fi® router, MusicCast lets you stream all of your music and other audio content to every room in your home with easy control from the MusicCast app, an Alexa device or third-party control system, such as Control4, Crestron, ELAN, RTI, or URC.

Certain MusicCast products support MusicCast Surround and/or MusicCast Stereo capabilities, which allow for wireless multi-speaker configurations within a single room for surround or stereo sound. MusicCast Surround allows compatible MusicCast speakers to be used as wireless rear surround sound speakers to create a 5.1-ch. home theater system when used with a compatible AV receiver or sound bar. MusicCast Stereo allows for stereo or 2.1-ch. stereo configurations using compatible MusicCast speakers.

**What sets MusicCast apart from other multi-room audio systems?**

**True Sound.** As the world's largest musical instrument manufacturer and leader in both professional and home audio solutions, Yamaha is as passionate about sound quality as you are. This passion is reflected throughout our product line – from sound performance of individual products to the underlying technologies, such as high-resolution audio streaming, supported by MusicCast.

**Flexibility.** MusicCast products support not only Wi-Fi, but also other wireless technologies like Bluetooth®, Spotify Connect and AirPlay®. Devices can also be wired to Ethernet. Plus, many MusicCast models offer HDMI®, optical, analog and/or phono inputs that can be selected as a source for listening throughout your home. Wired or wireless, streaming or traditional content, home theater or whole home audio — MusicCast supports it all.

https://usa.yamaha.com/products/contents/audio_visual/musiccast/musiccast-faqs.html

**Does MusicCast support iTunes or music libraries on mobile devices?**

The MusicCast app supports playback of songs stored on smartphones and tablets that are not DRM (Digital Rights Management) protected. The app also supports playback of music libraries stored on a computer through UPnP (Universal Plug and Play), which is already available on most Windows and Mac computers or is easy to add. Additionally, it is possible to stream to MusicCast devices from iTunes on a computer using AirPlay.

https://usa.yamaha.com/products/contents/audio_visual/musiccast/musiccast-faqs.html



media source

https://youtu.be/8P1PYq0Z080?si=dizbButxWoCdcZcU



https://youtu.be/dpD8dz_Ybiw
https://youtu.be/dpD8dz_Ybiw

| c. playing the selected media content on a first output device of the multi-mode media system; and | The accused product discloses that playing the selected media content (i.e., Songs) on a first output device (i.e., MusicCast device) of the multi-mode media system (i.e., MusicCast App).<br><br>As shown below, the accused product, Yamaha's MusicCast App (i.e., multi-mode media system) provides a system in which MusicCast App (i.e., multi-mode media system) on an Apple or Android mobile device can be used to control and link MusicCast devices (i.e., first output device) wherein, MusicCast devices (i.e., first output device) are used to playback the songs (i.e., media content) stored on smartphones and tablets (i.e., media |

source co-housed with or connected to and operationally integrated with the multi-mode media system) which are displayed in "This phone" option in MusicCast App (i.e., multi-mode media system) which can be selected by the user to play on a MusicCast device (i.e., first output device).



https://usa.yamaha.com/products/contents/audio_visual/musiccast/index.html



https://usa.yamaha.com/products/contents/audio_visual/musiccast/index.html

## Product Information

### MusicCast Controller

Control all your equipment with just a single app.

- Listen to streaming music services including TIDAL, Deezer, Pandora®, Spotify, Qobuz, SiriusXM Internet Radio and thousands of free internet radio stations*
- Listen to music stored on your smartphone, tablet, computer or network attached storage (NAS) devices
- Access external sources connected to your MusicCast device, which may include HDMI®, optical, digital coax, analog and/or phono inputs (varies by device)
- Select Bluetooth® as an input to a MusicCast device and redistribute the stream via Wi-Fi® to other MusicCast devices
- Control basic functions like volume, mute, tone controls and sound settings
- Link function lets you play the same song in different rooms simultaneously.
- Customize the room screen with your own pictures
- Set a MusicCast device to output to a Bluetooth speaker or Bluetooth headphones you may already own



https://usa.yamaha.com/products/audio_visual/apps/musiccast_controller/index.html

MusicCast

About MusicCast

# ABOUT MUSICCAST

## ▲ What is MusicCast?

MusicCast is a streaming and multi-room audio system built into many Yamaha products, including AV receivers, sound bars, wireless speakers and a turntable. Designed to work with your Wi-Fi® router, MusicCast lets you stream all of your music and other audio content to every room in your home with easy control from the MusicCast app, an Alexa device or third-party control system, such as Control4, Crestron, ELAN, RTI, or URC.

Certain MusicCast products support MusicCast Surround and/or MusicCast Stereo capabilities, which allow for wireless multi-speaker configurations within a single room for surround or stereo sound. MusicCast Surround allows compatible MusicCast speakers to be used as wireless rear surround sound speakers to create a 5.1-ch. home theater system when used with a compatible AV receiver or sound bar. MusicCast Stereo allows for stereo or 2.1-ch. stereo configurations using compatible MusicCast speakers.

## ▲ What sets MusicCast apart from other multi-room audio systems?

**True Sound.** As the world's largest musical instrument manufacturer and leader in both professional and home audio solutions, Yamaha is as passionate about sound quality as you are. This passion is reflected throughout our product line – from sound performance of individual products to the underlying technologies, such as high-resolution audio streaming, supported by MusicCast.

**Flexibility.** MusicCast products support not only Wi-Fi, but also other wireless technologies like Bluetooth®, Spotify Connect and AirPlay®. Devices can also be wired to Ethernet. Plus, many MusicCast models offer HDMI®, optical, analog and/or phono inputs that can be selected as a source for listening throughout your home. Wired or wireless, streaming or traditional content, home theater or whole home audio — MusicCast supports it all.

https://usa.yamaha.com/products/contents/audio_visual/musiccast/musiccast-faqs.html

## ▲ Does MusicCast support iTunes or music libraries on mobile devices?

The MusicCast app supports playback of songs stored on smartphones and tablets that are not DRM (Digital Rights Management) protected. The app also supports playback of music libraries stored on a computer through UPnP (Universal Plug and Play), which is already available on most Windows and Mac computers or is easy to add. Additionally, it is possible to stream to MusicCast devices from iTunes on a computer using AirPlay.

https://usa.yamaha.com/products/contents/audio_visual/musiccast/musiccast-faqs.html



media source

https://youtu.be/8P1PYq0Z080?si=dizbButxWoCdcZcU
https://youtu.be/8P1PYq0Z080?si=dizbButxWoCdcZcU



https://youtu.be/dpD8dz_Ybiw
https://youtu.be/dpD8dz_Ybiw



first output device of the multi-mode media system

playing the selected media content

https://youtu.be/dpD8dz_Ybiw

| (B) operating the multi-mode media system in a second mode, selectively, for controlling over a network a media source remote from the multi-mode media | The accused product discloses that operating the multi-mode media system (i.e., MusicCast App) in a second mode (i.e., Streaming), selectively, for controlling over a network (i.e., WiFi) a media source (i.e., Spotify, Pandora, Amazon Music, Amazon Music HD, SiriusXM Internet Radio, SiriusXM Music for Business, Qobuz, Deezer, TIDAL and free internet radio) remote from the multi-mode media system (i.e., MusicCast App), wherein when operated in the second mode (i.e., Streaming), the multi-mode media system (i.e., MusicCast App) performs operations of.

As shown below, the accused product, Yamaha's MusicCast App (i.e., multi-mode media system) provides a system in which MusicCast App (i.e., multi-mode media system) on |

| system, wherein when operated in the second mode, the multi-mode media system performs operations of: | an Apple or Android mobile device can be used to control and link MusicCast devices using Wi-Fi (i.e., network) wherein, MusicCast devices are used for streaming songs (i.e., media content) from Spotify, Pandora, Amazon Music, Amazon Music HD, SiriusXM Internet Radio, SiriusXM Music for Business, Qobuz, Deezer, TIDAL, free internet radio (i.e., media source remote from the multi-mode media system).<br><br><br><br>https://usa.yamaha.com/products/contents/audio_visual/musiccast/index.html |



https://usa.yamaha.com/products/contents/audio_visual/musiccast/index.html

## Product Information

### MusicCast Controller

Control all your equipment with just a single app.

- Listen to streaming music services including TIDAL, Deezer, Pandora®, Spotify, Qobuz, SiriusXM Internet Radio and thousands of free internet radio stations*
- Listen to music stored on your smartphone, tablet, computer or network attached storage (NAS) devices
- Access external sources connected to your MusicCast device, which may include HDMI®, optical, digital coax, analog and/or phono inputs (varies by device)
- Select Bluetooth® as an input to a MusicCast device and redistribute the stream via Wi-Fi® to other MusicCast devices
- Control basic functions like volume, mute, tone controls and sound settings
- Link function lets you play the same song in different rooms simultaneously
- Customize the room screen with your own pictures
- Set a MusicCast device to output to a Bluetooth speaker or Bluetooth headphones you may already own



second mode

https://usa.yamaha.com/products/audio_visual/apps/musiccast_controller/index.html

MusicCast

About MusicCast

## ABOUT MUSICCAST

### ⌃    What is MusicCast?

MusicCast is a streaming and multi-room audio system built into many Yamaha products, including AV receivers, sound bars, wireless speakers and a turntable. Designed to work with your Wi-Fi® router, MusicCast lets you stream all of your music and other audio content to every room in your home with easy control from the MusicCast app, an Alexa device or third-party control system, such as Control4, Crestron, ELAN, RTI, or URC.

Certain MusicCast products support MusicCast Surround and/or MusicCast Stereo capabilities, which allow for wireless multi-speaker configurations within a single room for surround or stereo sound. MusicCast Surround allows compatible MusicCast speakers to be used as wireless rear surround sound speakers to create a 5.1-ch. home theater system when used with a compatible AV receiver or sound bar. MusicCast Stereo allows for stereo or 2.1-ch. stereo configurations using compatible MusicCast speakers.

### ⌃    What sets MusicCast apart from other multi-room audio systems?

**True Sound.** As the world's largest musical instrument manufacturer and leader in both professional and home audio solutions, Yamaha is as passionate about sound quality as you are. This passion is reflected throughout our product line – from sound performance of individual products to the underlying technologies, such as high-resolution audio streaming, supported by MusicCast.

**Flexibility.** MusicCast products support not only Wi-Fi, but also other wireless technologies like Bluetooth®, Spotify Connect and AirPlay®. Devices can also be wired to Ethernet. Plus, many MusicCast models offer HDMI®, optical, analog and/or phono inputs that can be selected as a source for listening throughout your home. Wired or wireless, streaming or traditional content, home theater or whole home audio — MusicCast supports it all.

https://usa.yamaha.com/products/contents/audio_visual/musiccast/musiccast-faqs.html

**Which streaming services are supported by MusicCast?**

Streaming services vary by country and model. In the United States, Spotify, Pandora, Amazon Music, Amazon Music HD, SiriusXM Internet Radio, SiriusXM Music for Business, Qobuz, Deezer, TIDAL and free internet radio can be accessed from the MusicCast app on most current MusicCast devices. Apple Music can be accessed using AirPlay 2 or AirPlay. For a list of streaming service availability for your MusicCast product, see here.

Using Bluetooth, MusicCast supports content from any streaming service available from your smartphone or tablet.

**Does MusicCast support playback of Qobuz high-resolution audio?**

**Can multi-channel surround sound content (5.1-ch, 7.1-ch, etc.) be enjoyed in other rooms with MusicCast?**

**Does MusicCast support Apple AirPlay® or AirPlay 2®?**

Many current MusicCast models support AirPlay 2, which allows you to stream audio from an iOS device or from iTunes on a Mac® or PC to either a single MusicCast device or to multiple MusicCast devices simultaneously. This gives you access to Apple Music on a MusicCast system and can even be controlled using Siri.

Other MusicCast devices support the first-generation AirPlay which allows you to stream audio from an iOS device to a *single* MusicCast device or from iTunes on a Mac® or PC to multiple MusicCast devices simultaneously. For these models, you may also use a Bluetooth connection or external input (HDMI, optical, analog) to stream to multiple MusicCast devices simultaneously.

Select MusicCast products support AirPlay 2®. See here for a list of AirPlay® and AirPlay 2® compatible products.

For more information on AirPlay2, see the Apple website here.

**https://usa.yamaha.com/products/contents/audio_visual/musiccast/musiccast-faqs.html**

**What is required to set up a MusicCast system?**

- One or more Yamaha MusicCast products
- Wi-Fi router
- Free MusicCast app on an Apple® or Android™ mobile device(iOS 10.0 or Android 4.1 or higher)

**How do I add a MusicCast device on the MusicCast app?**

**What Wi-Fi bands does MusicCast support?**

All MusicCast products are Wi-Fi CERTIFIED® and capable of operating on a 2.4 GHz. MusicCast products offering MusicCast Surround/Stereo compatibility also support 5 GHz.

When setting up a MusicCast system, it is generally advisable to select an SSID designated as 2.4 GHz since lower frequencies offer more reach through walls, floors and doors. For MusicCast models that support 5 GHz, this choice may provide cleaner channel availability in environments with especially heavy wireless congestion.

MusicCast Surround/Stereo configurations automatically make use of a separate 5 GHz connection that does not pass through the router, allowing for the best performance between devices within a single room.

**Is it necessary to use an Ethernet cable to connect a MusicCast device to a Wi-Fi router?**

No. Connection of MusicCast devices to your home Wi-Fi router can be made wirelessly following a few simple steps in the app and by using the "CONNECT" button on the device. MusicCast devices do offer the option of using a wired Ethernet connection if preferred.

https://usa.yamaha.com/products/contents/audio_visual/musiccast/musiccast-faqs.html



RX-V685

**Find by purpose**

BEFORE USING THE UNIT

FEATURES

PREPARATIONS

ENJOYING SOUND

PLAYBACK

CONFIGURATIONS

TROUBLESHOOTING

APPENDIX

**Find by menu name**

Option menu

Setup Menu

ADVANCED SETUP menu

**Others**

🏠 › PLAYBACK › Listening to music streaming services

**Listening to a streaming service**

You can listen to a streaming service with the MusicCast CONTROLLER on your mobile device. On the MusicCast CONTROLLER screen, select the room name that was specified for the unit, and then select the streaming service to be tuned in by its station name.

For details, see the MusicCast CONTROLLER app.

**NOTE**

- Service is limited to certain areas.
- Services supported with the unit may not be available depending upon some regions where the unit is purchased.
- Service may change or be discontinued without notice.
- After registering the unit in the MusicCast CONTROLLER app, you can use the streaming service. For details, see the following:
  - "Adding the unit to the MusicCast network"
- To use this function, the unit must be connected to the Internet. You can check whether the network parameters (such as the IP address) are properly assigned to the unit. For details, see the following:
  - "Checking the network information on the unit"
- For details on music streaming services, see the supplements for streaming services. Access the Yamaha Downloads site to download the supplement.
  http://download.yamaha.com/

https://manual.yamaha.com/av/18/rxv685/en-US/3857334795.html



The easy-to-use MusicCast app lets you connect and control every connected Yamaha audio device.

https://youtu.be/ZAMTaMRwNol



remote media source

In the app you will find easy access to all the most popular streaming services.

https://youtu.be/ZAMTaMRwNoI



https://youtu.be/ZAMTaMRwNoI



media source remote from the multi-mode media system

https://youtu.be/8P1PYq0Z080?si=dizbButxWoCdcZcU

| a. connecting, via a network interface, the multi-mode media system with a media source remote from the multi-mode media system, | The accused product discloses that connecting, via a network interface (i.e., WiFi), the multi-mode media system (i.e., MusicCast App) with a media source (i.e., Spotify, Pandora, Amazon Music, Amazon Music HD, SiriusXM Internet Radio, SiriusXM Music for Business, Qobuz, Deezer, TIDAL and free internet radio) remote from the multi-mode media system (i.e., MusicCast App).<br><br>As shown below, the accused product, Yamaha's MusicCast App (i.e., multi-mode media system) provides a system in which MusicCast App (i.e., multi-mode media system) on an Apple or Android mobile device can be used to control and link MusicCast devices using Wi-Fi (i.e., network) wherein, MusicCast devices are used for streaming songs (i.e., |

media content) from Spotify, Pandora, Amazon Music, Amazon Music HD, SiriusXM Internet Radio, SiriusXM Music for Business, Qobuz, Deezer, TIDAL, free internet radio (i.e., media source remote from the multi-mode media system).



https://usa.yamaha.com/products/contents/audio_visual/musiccast/index.html



https://usa.yamaha.com/products/contents/audio_visual/musiccast/index.html

## Product Information

### MusicCast Controller

Control all your equipment with just a single app.

- Listen to streaming music services including TIDAL, Deezer, Pandora®, Spotify, Qobuz, SiriusXM Internet Radio and thousands of free internet radio stations*
- Listen to music stored on your smartphone, tablet, computer or network attached storage (NAS) devices
- Access external sources connected to your MusicCast device, which may include HDMI®, optical, digital coax, analog and/or phono inputs (varies by device)
- Select Bluetooth® as an input to a MusicCast device and redistribute the stream via Wi-Fi® to other MusicCast devices
- Control basic functions like volume, mute, tone controls and sound settings
- Link function lets you play the same song in different rooms simultaneously
- Customize the room screen with your own pictures
- Set a MusicCast device to output to a Bluetooth speaker or Bluetooth headphones you may already own

second mode



https://usa.yamaha.com/products/audio_visual/apps/musiccast_controller/index.html

**MusicCast**

## ABOUT MUSICCAST

### What is MusicCast?

MusicCast is a streaming and multi-room audio system built into many Yamaha products, including AV receivers, sound bars, wireless speakers and a turntable. Designed to work with your Wi-Fi® router, MusicCast lets you stream all of your music and other audio content to every room in your home with easy control from the MusicCast app, an Alexa device or third-party control system, such as Control4, Crestron, ELAN, RTI, or URC.

Certain MusicCast products support MusicCast Surround and/or MusicCast Stereo capabilities, which allow for wireless multi-speaker configurations within a single room for surround or stereo sound. MusicCast Surround allows compatible MusicCast speakers to be used as wireless rear surround sound speakers to create a 5.1-ch. home theater system when used with a compatible AV receiver or sound bar. MusicCast Stereo allows for stereo or 2.1-ch. stereo configurations using compatible MusicCast speakers.

### What sets MusicCast apart from other multi-room audio systems?

**True Sound.** As the world's largest musical instrument manufacturer and leader in both professional and home audio solutions, Yamaha is as passionate about sound quality as you are. This passion is reflected throughout our product line – from sound performance of individual products to the underlying technologies, such as high-resolution audio streaming, supported by MusicCast.

**Flexibility.** MusicCast products support not only Wi-Fi, but also other wireless technologies like Bluetooth®, Spotify Connect and AirPlay®. Devices can also be wired to Ethernet. Plus, many MusicCast models offer HDMI®, optical, analog and/or phono inputs that can be selected as a source for listening throughout your home. Wired or wireless, streaming or traditional content, home theater or whole home audio — MusicCast supports it all.

https://usa.yamaha.com/products/contents/audio_visual/musiccast/musiccast-faqs.html

**Which streaming services are supported by MusicCast?**

Streaming services vary by country and model. In the United States, Spotify, Pandora, Amazon Music, Amazon Music HD, SiriusXM Internet Radio, SiriusXM Music for Business, Qobuz, Deezer, TIDAL and free internet radio can be accessed from the MusicCast app on most current MusicCast devices. Apple Music can be accessed using AirPlay 2 or AirPlay. For a list of streaming service availability for your MusicCast product, see here.

Using Bluetooth, MusicCast supports content from any streaming service available from your smartphone or tablet.

Does MusicCast support playback of Qobuz high-resolution audio?

Can multi-channel surround sound content (5.1-ch, 7.1-ch, etc.) be enjoyed in other rooms with MusicCast?

**Does MusicCast support Apple AirPlay® or AirPlay 2®?**

Many current MusicCast models support AirPlay 2, which allows you to stream audio from an iOS device or from iTunes on a Mac® or PC to either a single MusicCast device or to multiple MusicCast devices simultaneously. This gives you access to Apple Music on a MusicCast system and can even be controlled using Siri.

Other MusicCast devices support the first-generation AirPlay which allows you to stream audio from an iOS device to a *single* MusicCast device or from iTunes on a Mac® or PC to multiple MusicCast devices simultaneously. For these models, you may also use a Bluetooth connection or external input (HDMI, optical, analog) to stream to multiple MusicCast devices simultaneously.

Select MusicCast products support AirPlay 2®. See here for a list of AirPlay® and AirPlay 2® compatible products.

For more information on AirPlay2, see the Apple website here.

https://usa.yamaha.com/products/contents/audio_visual/musiccast/musiccast-faqs.html

**▲ What is required to set up a MusicCast system?**

- One or more Yamaha MusicCast products
- Wi-Fi router
- Free MusicCast app on an Apple® or Android™ mobile device(iOS 10.0 or Android 4.1 or higher)

**▼ How do I add a MusicCast device on the MusicCast app?**

**▲ What Wi-Fi bands does MusicCast support?**

All MusicCast products are Wi-Fi CERTIFIED® and capable of operating on a 2.4 GHz. MusicCast products offering MusicCast Surround/Stereo compatibility also support 5 GHz.

When setting up a MusicCast system, it is generally advisable to select an SSID designated as 2.4 GHz since lower frequencies offer more reach through walls, floors and doors. For MusicCast models that support 5 GHz, this choice may provide cleaner channel availability in environments with especially heavy wireless congestion.

MusicCast Surround/Stereo configurations automatically make use of a separate 5 GHz connection that does not pass through the router, allowing for the best performance between devices within a single room.

**▲ Is it necessary to use an Ethernet cable to connect a MusicCast device to a Wi-Fi router?**

No. Connection of MusicCast devices to your home Wi-Fi router can be made wirelessly following a few simple steps in the app and by using the "CONNECT" button on the device. MusicCast devices do offer the option of using a wired Ethernet connection if preferred.

https://usa.yamaha.com/products/contents/audio_visual/musiccast/musiccast-faqs.html



**RX-V685**

Find by purpose

BEFORE USING THE UNIT

FEATURES

PREPARATIONS

ENJOYING SOUND

PLAYBACK

CONFIGURATIONS

TROUBLESHOOTING

APPENDIX

Find by menu name

Option menu

Setup Menu

ADVANCED SETUP menu

Others

PLAYBACK › Listening to music streaming services

### Listening to a streaming service

You can listen to a streaming service with the MusicCast CONTROLLER on your mobile device. On the MusicCast CONTROLLER screen, select the room name that was specified for the unit, and then select the streaming service to be tuned into by its station name.

For details, see the MusicCast CONTROLLER app.

**NOTE**

- Service is limited to certain areas.
- Services supported with the unit may not be available depending upon some regions where the unit is purchased.
- Service may change or be discontinued without notice.
- After registering the unit in the MusicCast CONTROLLER app, you can use the streaming service. For details, see the following:
  - "Adding the unit to the MusicCast network"
- To use this function, the unit must be connected to the Internet. You can check whether the network parameters (such as the IP address) are properly assigned to the unit. For details, see the following:
  - "Checking the network information on the unit"
- For details on music streaming services, see the supplements for streaming services. Access the Yamaha Downloads site to download the supplement.
  http://download.yamaha.com/

https://manual.yamaha.com/av/18/rxv685/en-US/3857334795.html



The easy-to-use MusicCast app lets you connect and control every connected Yamaha audio device.

https://youtu.be/ZAMTaMRwNoI



remote media source

In the app you will find easy access to all the most popular streaming services.

https://youtu.be/ZAMTaMRwNoI



https://youtu.be/ZAMTaMRwNoI



media source remote from the multi-mode media system

https://youtu.be/8P1PYq0Z080?si=dizbButxWoCdcZcU

| | |
|---|---|
| b. sending, using the network interface, a request for media metadata from the multi-mode media system to the remote media source, | The accused product discloses that sending, using the network interface (i.e., WiFi), a request for media metadata (i.e., songs) from the multi-mode media system (i.e., MusicCast App) to the remote media source (i.e., Spotify, Pandora, Amazon Music, Amazon Music HD, SiriusXM Internet Radio, SiriusXM Music for Business, Qobuz, Deezer, TIDAL and free internet radio).<br><br>As shown below, the accused product, Yamaha's MusicCast App (i.e., multi-mode media system) provides a system in which MusicCast App (i.e., multi-mode media system) on an Apple or Android mobile device can be used to control and link MusicCast devices using Wi-Fi (i.e., network) wherein, MusicCast devices are used for streaming songs (i.e., |

media content) from Spotify, Pandora, Amazon Music, Amazon Music HD, SiriusXM Internet Radio, SiriusXM Music for Business, Qobuz, Deezer, TIDAL, free internet radio (i.e., media source remote from the multi-mode media system) by selecting the them using MusicCast App (i.e., multi-mode media system).



https://usa.yamaha.com/products/contents/audio_visual/musiccast/index.html



https://usa.yamaha.com/products/contents/audio_visual/musiccast/index.html

## Product Information

### MusicCast Controller

Control all your equipment with just a single app.

- Listen to streaming music services including TIDAL, Deezer, Pandora®, Spotify, Qobuz, SiriusXM Internet Radio and thousands of free internet radio stations*
- Listen to music stored on your smartphone, tablet, computer or network attached storage (NAS) devices
- Access external sources connected to your MusicCast device, which may include HDMI®, optical, digital coax, analog and/or phono inputs (varies by device)
- Select Bluetooth® as an input to a MusicCast device and redistribute the stream via Wi-Fi® to other MusicCast devices
- Control basic functions like volume, mute, tone controls and sound settings
- Link function lets you play the same song in different rooms simultaneously
- Customize the room screen with your own pictures
- Set a MusicCast device to output to a Bluetooth speaker or Bluetooth headphones you may already own

second mode



https://usa.yamaha.com/products/audio_visual/apps/musiccast_controller/index.html

**MusicCast**

# ABOUT MUSICCAST

### ⌃    What is MusicCast?

MusicCast is a streaming and multi-room audio system built into many Yamaha products, including AV receivers, sound bars, wireless speakers and a turntable. Designed to work with your Wi-Fi® router, MusicCast lets you stream all of your music and other audio content to every room in your home with easy control from the MusicCast app, an Alexa device or third-party control system, such as Control4, Crestron, ELAN, RTI, or URC.

Certain MusicCast products support MusicCast Surround and/or MusicCast Stereo capabilities, which allow for wireless multi-speaker configurations within a single room for surround or stereo sound. MusicCast Surround allows compatible MusicCast speakers to be used as wireless rear surround sound speakers to create a 5.1-ch. home theater system when used with a compatible AV receiver or sound bar. MusicCast Stereo allows for stereo or 2.1-ch. stereo configurations using compatible MusicCast speakers.

### ⌃    What sets MusicCast apart from other multi-room audio systems?

**True Sound.** As the world's largest musical instrument manufacturer and leader in both professional and home audio solutions, Yamaha is as passionate about sound quality as you are. This passion is reflected throughout our product line – from sound performance of individual products to the underlying technologies, such as high-resolution audio streaming, supported by MusicCast.

**Flexibility.** MusicCast products support not only Wi-Fi, but also other wireless technologies like Bluetooth®, Spotify Connect and AirPlay®. Devices can also be wired to Ethernet. Plus, many MusicCast models offer HDMI®, optical, analog and/or phono inputs that can be selected as a source for listening throughout your home. Wired or wireless, streaming or traditional content, home theater or whole home audio — MusicCast supports it all.

https://usa.yamaha.com/products/contents/audio_visual/musiccast/musiccast-faqs.html

## ^ Which streaming services are supported by MusicCast?

Streaming services vary by country and model. In the United States, Spotify, Pandora, Amazon Music, Amazon Music HD, SiriusXM Internet Radio, SiriusXM Music for Business, Qobuz, Deezer, TIDAL and free internet radio can be accessed from the MusicCast app on most current MusicCast devices. Apple Music can be accessed using AirPlay 2 or AirPlay. For a list of streaming service availability for your MusicCast product, see here.

Using Bluetooth, MusicCast supports content from any streaming service available from your smartphone or tablet.

## ∨ Does MusicCast support playback of Qobuz high-resolution audio?

## ∨ Can multi-channel surround sound content (5.1-ch, 7.1-ch, etc.) be enjoyed in other rooms with MusicCast?

## ^ Does MusicCast support Apple AirPlay® or AirPlay 2®?

Many current MusicCast models support AirPlay 2, which allows you to stream audio from an iOS device or from iTunes on a Mac® or PC to either a single MusicCast device or to multiple MusicCast devices simultaneously. This gives you access to Apple Music on a MusicCast system and can even be controlled using Siri.

Other MusicCast devices support the first-generation AirPlay which allows you to stream audio from an iOS device to a *single* MusicCast device or from iTunes on a Mac® or PC to multiple MusicCast devices simultaneously. For these models, you may also use a Bluetooth connection or external input (HDMI, optical, analog) to stream to multiple MusicCast devices simultaneously.

Select MusicCast products support AirPlay 2®. See here for a list of AirPlay® and AirPlay 2® compatible products.

For more information on AirPlay2, see the Apple website here.

**https://usa.yamaha.com/products/contents/audio_visual/musiccast/musiccast-faqs.html**

**What is required to set up a MusicCast system?** ^

- One or more Yamaha MusicCast products
- Wi-Fi router
- Free MusicCast app on an Apple® or Android™ mobile device(iOS 10.0 or Android 4.1 or higher)

**How do I add a MusicCast device on the MusicCast app?** ⌄

**What Wi-Fi bands does MusicCast support?** ^

All MusicCast products are Wi-Fi CERTIFIED® and capable of operating on a 2.4 GHz. MusicCast products offering MusicCast Surround/Stereo compatibility also support 5 GHz.

When setting up a MusicCast system, it is generally advisable to select an SSID designated as 2.4 GHz since lower frequencies offer more reach through walls, floors and doors. For MusicCast models that support 5 GHz, this choice may provide cleaner channel availability in environments with especially heavy wireless congestion.

MusicCast Surround/Stereo configurations automatically make use of a separate 5 GHz connection that does not pass through the router, allowing for the best performance between devices within a single room.

**Is it necessary to use an Ethernet cable to connect a MusicCast device to a Wi-Fi router?** ^

No. Connection of MusicCast devices to your home Wi-Fi router can be made wirelessly following a few simple steps in the app and by using the "CONNECT" button on the device. MusicCast devices do offer the option of using a wired Ethernet connection if preferred.

https://usa.yamaha.com/products/contents/audio_visual/musiccast/musiccast-faqs.html



RX-V685

**Find by purpose**

BEFORE USING THE UNIT

FEATURES

PREPARATIONS

ENJOYING SOUND

PLAYBACK

CONFIGURATIONS

TROUBLESHOOTING

APPENDIX

**Find by menu name**

Option menu

Setup Menu

ADVANCED SETUP menu

**Others**

⌂ / PLAYBACK / Listening to music streaming services

### Listening to a streaming service

You can listen to a streaming service with the MusicCast CONTROLLER on your mobile device. On the MusicCast CONTROLLER screen, select the room name that was specified for the unit, and then select the streaming service to be tuned into by its station name.

For details, see the MusicCast CONTROLLER app.

**NOTE**

- Service is limited to certain areas.
- Services supported with the unit may not be available depending upon some regions where the unit is purchased.
- Service may change or be discontinued without notice.
- After registering the unit in the MusicCast CONTROLLER app, you can use the streaming service. For details, see the following:
  – "Adding the unit to the MusicCast network"
- To use this function, the unit must be connected to the Internet. You can check whether the network parameters (such as the IP address) are properly assigned to the unit. For details, see the following:
  – "Checking the network information on the unit"
- For details on music streaming services, see the supplements for streaming services. Access the Yamaha Downloads site to download the supplement.
  http://download.yamaha.com/

https://manual.yamaha.com/av/18/rxv685/en-US/3857334795.html



The easy-to-use MusicCast app lets you connect and control every connected Yamaha audio device.

https://youtu.be/ZAMTaMRwNoI



remote media source

In the app you will find easy access to all the most popular streaming services.

https://youtu.be/ZAMTaMRwNoI



https://youtu.be/ZAMTaMRwNoI



media source remote from the multi-mode media system

https://youtu.be/8P1PYq0Z080?si=dizbButxWoCdcZcU

| | |
|---|---|
| c. receiving at the multi-mode media system, using the network interface, media metadata from the remote media source, the media metadata associated with | The accused product discloses that receiving at the multi-mode media system (i.e., MusicCast App), using the network interface (i.e., WiFi), media metadata (i.e., Songs) from the remote media source (i.e., Spotify, Pandora, Amazon Music, Amazon Music HD, SiriusXM Internet Radio, SiriusXM Music for Business, Qobuz, Deezer, TIDAL and free internet radio), the media metadata (i.e., Songs) associated with and indicating media content (i.e., Songs) available from the remote media source (i.e., Spotify, Pandora, Amazon Music, Amazon Music HD, SiriusXM Internet Radio, SiriusXM Music for Business, Qobuz, Deezer, TIDAL and free internet radio).<br><br>As shown below, the accused product, Yamaha's MusicCast App (i.e., multi-mode media |

| | |
|---|---|
| and indicating media content available from the remote media source, | system) provides a system in which MusicCast App (i.e., multi-mode media system) on an Apple or Android mobile device can be used to control and link MusicCast devices using Wi-Fi (i.e., network) wherein, MusicCast devices are used for streaming songs (i.e., media content) from Spotify, Pandora, Amazon Music, Amazon Music HD, SiriusXM Internet Radio, SiriusXM Music for Business, Qobuz, Deezer, TIDAL, free internet radio (i.e., media source remote from the multi-mode media system) by selecting the them using MusicCast App (i.e., multi-mode media system).<br><br><br><br>https://usa.yamaha.com/products/contents/audio_visual/musiccast/index.html |



https://usa.yamaha.com/products/contents/audio_visual/musiccast/index.html

## Product Information

### MusicCast Controller

Control all your equipment with just a single app.

- Listen to streaming music services including TIDAL, Deezer, Pandora®, Spotify, Qobuz, SiriusXM Internet Radio and thousands of free internet radio stations*
- Listen to music stored on your smartphone, tablet, computer or network attached storage (NAS) devices
- Access external sources connected to your MusicCast device, which may include HDMI®, optical, digital coax, analog and/or phono inputs (varies by device)
- Select Bluetooth® as an input to a MusicCast device and redistribute the stream via Wi-Fi® to other MusicCast devices
- Control basic functions like volume, mute, tone controls and sound settings
- Link function lets you play the same song in different rooms simultaneously
- Customize the room screen with your own pictures
- Set a MusicCast device to output to a Bluetooth speaker or Bluetooth headphones you may already own

second mode



https://usa.yamaha.com/products/audio_visual/apps/musiccast_controller/index.html

**MusicCast**                                                                                          About MusicCast

## ABOUT MUSICCAST

### ▲    What is MusicCast?

MusicCast is a streaming and multi-room audio system built into many Yamaha products, including AV receivers, sound bars, wireless speakers and a turntable. Designed to work with your Wi-Fi® router, MusicCast lets you stream all of your music and other audio content to every room in your home with easy control from the MusicCast app, an Alexa device or third-party control system, such as Control4, Crestron, ELAN, RTI, or URC.

Certain MusicCast products support MusicCast Surround and/or MusicCast Stereo capabilities, which allow for wireless multi-speaker configurations within a single room for surround or stereo sound. MusicCast Surround allows compatible MusicCast speakers to be used as wireless rear surround sound speakers to create a 5.1-ch. home theater system when used with a compatible AV receiver or sound bar. MusicCast Stereo allows for stereo or 2.1-ch. stereo configurations using compatible MusicCast speakers.

### ▲    What sets MusicCast apart from other multi-room audio systems?

**True Sound.** As the world's largest musical instrument manufacturer and leader in both professional and home audio solutions, Yamaha is as passionate about sound quality as you are. This passion is reflected throughout our product line – from sound performance of individual products to the underlying technologies, such as high-resolution audio streaming, supported by MusicCast.

**Flexibility.** MusicCast products support not only Wi-Fi, but also other wireless technologies like Bluetooth®, Spotify Connect and AirPlay®. Devices can also be wired to Ethernet. Plus, many MusicCast models offer HDMI®, optical, analog and/or phono inputs that can be selected as a source for listening throughout your home. Wired or wireless, streaming or traditional content, home theater or whole home audio — MusicCast supports it all.

https://usa.yamaha.com/products/contents/audio_visual/musiccast/musiccast-faqs.html

## Which streaming services are supported by MusicCast?

Streaming services vary by country and model. In the United States, Spotify, Pandora, Amazon Music, Amazon Music HD, SiriusXM Internet Radio, SiriusXM Music for Business, Qobuz, Deezer, TIDAL and free internet radio can be accessed from the MusicCast app on most current MusicCast devices. Apple Music can be accessed using AirPlay 2 or AirPlay. For a list of streaming service availability for your MusicCast product, see here.

Using Bluetooth, MusicCast supports content from any streaming service available from your smartphone or tablet.

### Does MusicCast support playback of Qobuz high-resolution audio?

### Can multi-channel surround sound content (5.1-ch, 7.1-ch, etc.) be enjoyed in other rooms with MusicCast?

## Does MusicCast support Apple AirPlay® or AirPlay 2®?

Many current MusicCast models support AirPlay 2, which allows you to stream audio from an iOS device or from iTunes on a Mac® or PC to either a single MusicCast device or to multiple MusicCast devices simultaneously. This gives you access to Apple Music on a MusicCast system and can even be controlled using Siri.

Other MusicCast devices support the first-generation AirPlay which allows you to stream audio from an iOS device to a *single* MusicCast device or from iTunes on a Mac® or PC to multiple MusicCast devices simultaneously. For these models, you may also use a Bluetooth connection or external input (HDMI, optical, analog) to stream to multiple MusicCast devices simultaneously.

Select MusicCast products support AirPlay 2®. See here for a list of AirPlay® and AirPlay 2® compatible products.

For more information on AirPlay2, see the Apple website here.

**https://usa.yamaha.com/products/contents/audio_visual/musiccast/musiccast-faqs.html**

**∧ What is required to set up a MusicCast system?**

- One or more Yamaha MusicCast products
- Wi-Fi router
- Free MusicCast app on an Apple® or Android™ mobile device(iOS 10.0 or Android 4.1 or higher)

**∨ How do I add a MusicCast device on the MusicCast app?**

**∧ What Wi-Fi bands does MusicCast support?**

All MusicCast products are Wi-Fi CERTIFIED® and capable of operating on a 2.4 GHz. MusicCast products offering MusicCast Surround/Stereo compatibility also support 5 GHz.

When setting up a MusicCast system, it is generally advisable to select an SSID designated as 2.4 GHz since lower frequencies offer more reach through walls, floors and doors. For MusicCast models that support 5 GHz, this choice may provide cleaner channel availability in environments with especially heavy wireless congestion.

MusicCast Surround/Stereo configurations automatically make use of a separate 5 GHz connection that does not pass through the router, allowing for the best performance between devices within a single room.

**∧ Is it necessary to use an Ethernet cable to connect a MusicCast device to a Wi-Fi router?**

No. Connection of MusicCast devices to your home Wi-Fi router can be made wirelessly following a few simple steps in the app and by using the "CONNECT" button on the device. MusicCast devices do offer the option of using a wired Ethernet connection if preferred.

https://usa.yamaha.com/products/contents/audio_visual/musiccast/musiccast-faqs.html



**RX-V685**

🏠 PLAYBACK › Listening to music streaming services

**Find by purpose**

BEFORE USING THE UNIT

FEATURES

PREPARATIONS

ENJOYING SOUND

PLAYBACK

CONFIGURATIONS

TROUBLESHOOTING

APPENDIX

**Find by menu name**

Option menu

Setup Menu

ADVANCED SETUP menu

**Others**

### Listening to a streaming service

You can listen to a streaming service with the MusicCast CONTROLLER on your mobile device. On the MusicCast CONTROLLER screen, select the room name that was specified for the unit, and then select the streaming service to be tuned into by its station name.

For details, see the MusicCast CONTROLLER app.

**NOTE**

- Service is limited to certain areas.
- Services supported with the unit may not be available depending upon some regions where the unit is purchased.
- Service may change or be discontinued without notice.
- After registering the unit in the MusicCast CONTROLLER app, you can use the streaming service. For details, see the following:
  – "Adding the unit to the MusicCast network" 🔁
- To use this function, the unit must be connected to the Internet. You can check whether the network parameters (such as the IP address) are properly assigned to the unit. For details, see the following:
  – "Checking the network information on the unit" 🔁
- For details on music streaming services, see the supplements for streaming services. Access the Yamaha Downloads site to download the supplement.
  http://download.yamaha.com/

https://manual.yamaha.com/av/18/rxv685/en-US/3857334795.html



The easy-to-use MusicCast app lets you connect and control every connected Yamaha audio device.

https://youtu.be/ZAMTaMRwNoI



remote media source

In the app you will find easy access to all the most popular streaming services.

https://youtu.be/ZAMTaMRwNoI



https://youtu.be/ZAMTaMRwNoI



https://youtu.be/8P1PYq0Z080?si=dizbButxWoCdcZcU

| d. displaying, on a display of the multi-mode media system, at least one received media metadata, and | The accused product discloses that displaying, on a display of the multi-mode media system (i.e., MusicCast App), at least one received media metadata (i.e., Film page of Songs).<br><br>As shown below, the accused product, Yamaha's MusicCast App (i.e., multi-mode media system) provides a system in which MusicCast App (i.e., multi-mode media system) on an Apple or Android mobile device can be used to control and link MusicCast devices using Wi-Fi (i.e., network) wherein, MusicCast devices are used for streaming songs (i.e., media content) from Spotify, Pandora, Amazon Music, Amazon Music HD, SiriusXM Internet Radio, SiriusXM Music for Business, Qobuz, Deezer, TIDAL, free internet radio |

(i.e., media source remote from the multi-mode media system) by selecting the them using MusicCast App (i.e., multi-mode media system) which displays songs (i.e., media metadata) associated with the source selected by the user.



https://usa.yamaha.com/products/contents/audio_visual/musiccast/index.html



https://usa.yamaha.com/products/contents/audio_visual/musiccast/index.html

## Product Information

### MusicCast Controller

Control all your equipment with just a single app.

- Listen to streaming music services including TIDAL, Deezer, Pandora®, Spotify, Qobuz, SiriusXM Internet Radio and thousands of free internet radio stations*
- Listen to music stored on your smartphone, tablet, computer or network attached storage (NAS) devices
- Access external sources connected to your MusicCast device, which may include HDMI®, optical, digital coax, analog and/or phono inputs (varies by device)
- Select Bluetooth® as an input to a MusicCast device and redistribute the stream via Wi-Fi® to other MusicCast devices
- Control basic functions like volume, mute, tone controls and sound settings
- Link function lets you play the same song in different rooms simultaneously
- Customize the room screen with your own pictures
- Set a MusicCast device to output to a Bluetooth speaker or Bluetooth headphones you may already own



second mode

https://usa.yamaha.com/products/audio_visual/apps/musiccast_controller/index.html

**MusicCast**

## ABOUT MUSICCAST

### ⌃  What is MusicCast?

MusicCast is a streaming and multi-room audio system built into many Yamaha products, including AV receivers, sound bars, wireless speakers and a turntable. Designed to work with your Wi-Fi® router, MusicCast lets you stream all of your music and other audio content to every room in your home with easy control from the MusicCast app, an Alexa device or third-party control system, such as Control4, Crestron, ELAN, RTI, or URC.

Certain MusicCast products support MusicCast Surround and/or MusicCast Stereo capabilities, which allow for wireless multi-speaker configurations within a single room for surround or stereo sound. MusicCast Surround allows compatible MusicCast speakers to be used as wireless rear surround sound speakers to create a 5.1-ch. home theater system when used with a compatible AV receiver or sound bar. MusicCast Stereo allows for stereo or 2.1-ch. stereo configurations using compatible MusicCast speakers.

### ⌃  What sets MusicCast apart from other multi-room audio systems?

**True Sound.** As the world's largest musical instrument manufacturer and leader in both professional and home audio solutions, Yamaha is as passionate about sound quality as you are. This passion is reflected throughout our product line – from sound performance of individual products to the underlying technologies, such as high-resolution audio streaming, supported by MusicCast.

**Flexibility.** MusicCast products support not only Wi-Fi, but also other wireless technologies like Bluetooth®, Spotify Connect and AirPlay®. Devices can also be wired to Ethernet. Plus, many MusicCast models offer HDMI®, optical, analog and/or phono inputs that can be selected as a source for listening throughout your home. Wired or wireless, streaming or traditional content, home theater or whole home audio — MusicCast supports it all.

https://usa.yamaha.com/products/contents/audio_visual/musiccast/musiccast-faqs.html

**Which streaming services are supported by MusicCast?**

Streaming services vary by country and model. In the United States, Spotify, Pandora, Amazon Music, Amazon Music HD, SiriusXM Internet Radio, SiriusXM Music for Business, Qobuz, Deezer, TIDAL and free internet radio can be accessed from the MusicCast app on most current MusicCast devices. Apple Music can be accessed using AirPlay 2 or AirPlay. For a list of streaming service availability for your MusicCast product, see here.

Using Bluetooth, MusicCast supports content from any streaming service available from your smartphone or tablet.

Does MusicCast support playback of Qobuz high-resolution audio?

Can multi-channel surround sound content (5.1-ch, 7.1-ch, etc.) be enjoyed in other rooms with MusicCast?

**Does MusicCast support Apple AirPlay® or AirPlay 2®?**

Many current MusicCast models support AirPlay 2, which allows you to stream audio from an iOS device or from iTunes on a Mac® or PC to either a single MusicCast device or to multiple MusicCast devices simultaneously. This gives you access to Apple Music on a MusicCast system and can even be controlled using Siri.

Other MusicCast devices support the first-generation AirPlay which allows you to stream audio from an iOS device to a *single* MusicCast device or from iTunes on a Mac® or PC to multiple MusicCast devices simultaneously. For these models, you may also use a Bluetooth connection or external input (HDMI, optical, analog) to stream to multiple MusicCast devices simultaneously.

Select MusicCast products support AirPlay 2®. See here for a list of AirPlay® and AirPlay 2® compatible products.

For more information on AirPlay2, see the Apple website here.

**https://usa.yamaha.com/products/contents/audio_visual/musiccast/musiccast-faqs.html**

**▲ What is required to set up a MusicCast system?**

- One or more Yamaha MusicCast products
- Wi-Fi router
- Free MusicCast app on an Apple® or Android™ mobile device(iOS 10.0 or Android 4.1 or higher)

**▼ How do I add a MusicCast device on the MusicCast app?**

**▲ What Wi-Fi bands does MusicCast support?**

All MusicCast products are Wi-Fi CERTIFIED® and capable of operating on a 2.4 GHz. MusicCast products offering MusicCast Surround/Stereo compatibility also support 5 GHz.

When setting up a MusicCast system, it is generally advisable to select an SSID designated as 2.4 GHz since lower frequencies offer more reach through walls, floors and doors. For MusicCast models that support 5 GHz, this choice may provide cleaner channel availability in environments with especially heavy wireless congestion.

MusicCast Surround/Stereo configurations automatically make use of a separate 5 GHz connection that does not pass through the router, allowing for the best performance between devices within a single room.

**▲ Is it necessary to use an Ethernet cable to connect a MusicCast device to a Wi-Fi router?**

No. Connection of MusicCast devices to your home Wi-Fi router can be made wirelessly following a few simple steps in the app and by using the "CONNECT" button on the device. MusicCast devices do offer the option of using a wired Ethernet connection if preferred.

https://usa.yamaha.com/products/contents/audio_visual/musiccast/musiccast-faqs.html



https://manual.yamaha.com/av/18/rxv685/en-US/3857334795.html



The easy-to-use MusicCast app lets you connect and control every connected Yamaha audio device.

https://youtu.be/ZAMTaMRwNol



remote media source

In the app you will find easy access to all the most popular streaming services.

https://youtu.be/ZAMTaMRwNoI



https://youtu.be/ZAMTaMRwNoI

| | |
|---|---|
| |  |

**media source remote from the multi-mode media system**

https://youtu.be/8P1PYq0Z080?si=dizbButxWoCdcZcU

| e. generating a signal in response to a user selection of at least one displayed media metadata, the multi-mode media system sending using the | The accused product discloses that generating a signal in response to a user selection of at least one displayed media metadata (i.e., Songs), the multi-mode media system (i.e., MusicCast App) sending using the network interface (i.e., WiFi) the corresponding signal to the remote media source (i.e., Spotify, Pandora, Amazon Music, Amazon Music HD, SiriusXM Internet Radio, SiriusXM Music for Business, Qobuz, Deezer, TIDAL and free internet radio), wherein the corresponding signal includes at least media content metadata (i.e., Songs) available from the remote media source (i.e., Spotify, Pandora, Amazon Music, Amazon Music HD, SiriusXM Internet Radio, SiriusXM Music for Business, Qobuz, Deezer, TIDAL and free internet radio) such that the remote media source (i.e., Spotify, Pandora, Amazon Music, Amazon Music HD, SiriusXM Internet Radio, SiriusXM |

| | |
|---|---|
| network interface the corresponding signal to the remote media source, wherein the corresponding signal includes at least media content metadata available from the remote media source such that the remote media source responds to the corresponding signal by accessing the identified selected media content and once accessed, sends the identified media content directly to a second output device separate from the multi-mode media system without said media | Music for Business, Qobuz, Deezer, TIDAL and free internet radio) responds to the corresponding signal by accessing the identified selected media content (i.e., Songs) and once accessed, sends the identified media content (i.e., Songs) directly to a second output device (i.e., MusicCast device) separate from the multi-mode media system (i.e., MusicCast App) without said media content (i.e., Songs) passing through the multi-mode media system (i.e., MusicCast App) before reaching the second output device (i.e., MusicCast device). As shown below, the accused product, Yamaha's MusicCast App (i.e., multi-mode media system) provides a system in which MusicCast App (i.e., multi-mode media system) on an Apple or Android mobile device can be used to control and link MusicCast devices using Wi-Fi (i.e., network) wherein, MusicCast devices are used for streaming songs (i.e., media content) from Spotify, Pandora, Amazon Music, Amazon Music HD, SiriusXM Internet Radio, SiriusXM Music for Business, Qobuz, Deezer, TIDAL, free internet radio (i.e., media source remote from the multi-mode media system) by selecting the them using MusicCast App (i.e., multi-mode media system) which displays songs (i.e., media metadata) associated with the source selected by the user. MusicCast device (i.e., second output device) is a streaming and multi-room audio system, including AV (Audio/Video) receivers, sound bars, wireless speakers and a turntable. Designed to work with Wi-Fi router, MusicCast device (i.e., second output device) lets user stream music and other audio content using the MusicCast app (i.e., multi-mode media system). It provides Streaming services such as Spotify, Pandora, Amazon Music, Amazon Music HD, SiriusXM Internet Radio, SiriusXM Music for Business, Qobuz, Deezer, TIDAL and free internet radio which can be accessed from the MusicCast app (i.e., multi-mode media system). However, we can inferentially consider, media content metadata available from the remote media source such that the remote media source responds to the corresponding signal by accessing the identified selected media content and once accessed, "sends the identified media content directly to a second output device separate from the multi-mode media system without said media content passing through the multi-mode media system before reaching the second output device". |

content passing through the multi-mode media system before reaching the second output device;



https://usa.yamaha.com/products/contents/audio_visual/musiccast/index.html



https://usa.yamaha.com/products/contents/audio_visual/musiccast/index.html

## Product Information

### MusicCast Controller

Control all your equipment with just a single app.

- Listen to streaming music services including TIDAL, Deezer, Pandora®, Spotify, Qobuz, SiriusXM Internet Radio and thousands of free internet radio stations*
- Listen to music stored on your smartphone, tablet, computer or network attached storage (NAS) devices
- Access external sources connected to your MusicCast device, which may include HDMI®, optical, digital coax, analog and/or phono inputs (varies by device)
- Select Bluetooth® as an input to a MusicCast device and redistribute the stream via Wi-Fi® to other MusicCast devices
- Control basic functions like volume, mute, tone controls and sound settings
- Link function lets you play the same song in different rooms simultaneously
- Customize the room screen with your own pictures
- Set a MusicCast device to output to a Bluetooth speaker or Bluetooth headphones you may already own

second mode



https://usa.yamaha.com/products/audio_visual/apps/musiccast_controller/index.html

MusicCast

About MusicCast

## ABOUT MUSICCAST

**What is MusicCast?**

MusicCast is a streaming and multi-room audio system built into many Yamaha products, including AV receivers, sound bars, wireless speakers and a turntable. Designed to work with your Wi-Fi® router, MusicCast lets you stream all of your music and other audio content to every room in your home with easy control from the MusicCast app, a Alexa device or third-party control system, such as Control4, Crestron, ELAN, RTI, or URC.

Certain MusicCast products support MusicCast Surround and/or MusicCast Stereo capabilities, which allow for wireless multi-speaker configurations within a single room for surround or stereo sound. MusicCast Surround allows compatible MusicCast speakers to be used as wireless rear surround sound speakers to create a 5.1-ch. home theater system when used with a compatible AV receiver or sound bar. MusicCast Stereo allows for stereo or 2.1-ch. stereo configurations using compatible MusicCast speakers.

**What sets MusicCast apart from other multi-room audio systems?**

**True Sound.** As the world's largest musical instrument manufacturer and leader in both professional and home audio solutions, Yamaha is as passionate about sound quality as you are. This passion is reflected throughout our product line – from sound performance of individual products to the underlying technologies, such as high-resolution audio streaming, supported by MusicCast.

**Flexibility.** MusicCast products support not only Wi-Fi, but also other wireless technologies like Bluetooth®, Spotify Connect and AirPlay®. Devices can also be wired to Ethernet. Plus, many MusicCast models offer HDMI®, optical, analog and/or phono inputs that can be selected as a source for listening throughout your home. Wired or wireless, streaming or traditional content, home theater or whole home audio — MusicCast supports it all.

https://usa.yamaha.com/products/contents/audio_visual/musiccast/musiccast-faqs.html

## ▲  Which streaming services are supported by MusicCast?

Streaming services vary by country and model. In the United States, Spotify, Pandora, Amazon Music, Amazon Music HD, SiriusXM Internet Radio, SiriusXM Music for Business, Qobuz, Deezer, TIDAL and free internet radio can be accessed from the MusicCast app on most current MusicCast devices. Apple Music can be accessed using AirPlay 2 or AirPlay. For a list of streaming service availability for your MusicCast product, see here.

Using Bluetooth, MusicCast supports content from any streaming service available from your smartphone or tablet.

## ▼  Does MusicCast support playback of Qobuz high-resolution audio?

## ▼  Can multi-channel surround sound content (5.1-ch, 7.1-ch, etc.) be enjoyed in other rooms with MusicCast?

## ▲  Does MusicCast support Apple AirPlay® or AirPlay 2®?

Many current MusicCast models support AirPlay 2, which allows you to stream audio from an iOS device or from iTunes on a Mac® or PC to either a single MusicCast device or to multiple MusicCast devices simultaneously. This gives you access to Apple Music on a MusicCast system and can even be controlled using Siri.

Other MusicCast devices support the first-generation AirPlay which allows you to stream audio from an iOS device to a *single* MusicCast device or from iTunes on a Mac® or PC to multiple MusicCast devices simultaneously. For these models, you may also use a Bluetooth connection or external input (HDMI, optical, analog) to stream to multiple MusicCast devices simultaneously.

Select MusicCast products support AirPlay 2®. See here for a list of AirPlay® and AirPlay 2® compatible products.

For more information on AirPlay2, see the Apple website here.

**https://usa.yamaha.com/products/contents/audio_visual/musiccast/musiccast-faqs.html**

**What is required to set up a MusicCast system?** ⌃

- One or more Yamaha MusicCast products
- Wi-Fi router
- Free MusicCast app on an Apple® or Android™ mobile device(iOS 10.0 or Android 4.1 or higher)

**How do I add a MusicCast device on the MusicCast app?** ⌄

**What Wi-Fi bands does MusicCast support?** ⌃

All MusicCast products are Wi-Fi CERTIFIED® and capable of operating on a 2.4 GHz. MusicCast products offering MusicCast Surround/Stereo compatibility also support 5 GHz.

When setting up a MusicCast system, it is generally advisable to select an SSID designated as 2.4 GHz since lower frequencies offer more reach through walls, floors and doors. For MusicCast models that support 5 GHz, this choice may provide cleaner channel availability in environments with especially heavy wireless congestion.

MusicCast Surround/Stereo configurations automatically make use of a separate 5 GHz connection that does not pass through the router, allowing for the best performance between devices within a single room.

**Is it necessary to use an Ethernet cable to connect a MusicCast device to a Wi-Fi router?** ⌃

No. Connection of MusicCast devices to your home Wi-Fi router can be made wirelessly following a few simple steps in the app and by using the "CONNECT" button on the device. MusicCast devices do offer the option of using a wired Ethernet connection if preferred.

https://usa.yamaha.com/products/contents/audio_visual/musiccast/musiccast-faqs.html



**RX-V685**

**Find by purpose**

BEFORE USING THE UNIT

FEATURES

PREPARATIONS

ENJOYING SOUND

PLAYBACK

CONFIGURATIONS

TROUBLESHOOTING

APPENDIX

**Find by menu name**

Option menu

Setup Menu

ADVANCED SETUP menu

**Others**

PLAYBACK > Listening to music streaming services

**Listening to a streaming service**

You can listen to a streaming service with the MusicCast CONTROLLER on your mobile device. On the MusicCast CONTROLLER screen, select the room name that was specified for the unit, and then select the streaming service to be tuned into by its station name.

For details, see the MusicCast CONTROLLER app.

**NOTE**

- Service is limited to certain areas.
- Services supported with the unit may not be available depending upon some regions where the unit is purchased.
- Service may change or be discontinued without notice.
- After registering the unit in the MusicCast CONTROLLER app, you can use the streaming service. For details, see the following:
  - "Adding the unit to the MusicCast network"
- To use this function, the unit must be connected to the Internet. You can check whether the network parameters (such as the IP address) are properly assigned to the unit. For details, see the following:
  - "Checking the network information on the unit"
- For details on music streaming services, see the supplements for streaming services. Access the Yamaha Downloads site to download the supplement.
  http://download.yamaha.com/

https://manual.yamaha.com/av/18/rxv685/en-US/3857334795.html



The easy-to-use MusicCast app lets you connect and control every connected Yamaha audio device.

https://youtu.be/ZAMTaMRwNol



remote media source

In the app you will find easy access to all the most popular streaming services.

https://youtu.be/ZAMTaMRwNoI



https://youtu.be/ZAMTaMRwNoI



https://youtu.be/8P1PYq0Z080?si=dizbButxWoCdcZcU



https://youtu.be/8P1PYq0Z080?si=dizbButxWoCdcZcU

| wherein the multi-mode media system is not operable in both the first and second modes simultaneously nor operable exclusively only in a single one of | The accused product discloses that the multi-mode media system (i.e., MusicCast App) is not operable in both the first (i.e., Playback of songs stored on smartphones and tablets) and second modes (i.e., Streaming) simultaneously nor operable exclusively only in a single one of such modes (i.e., Playback of songs stored on smartphones and , and Streaming). |
|---|---|
| | As shown below, the accused product, Yamaha's MusicCast App (i.e., multi-mode media system) provides features such as viewing Songs when offline through downloads (i.e., first mode) and casting them to MusicCast device using Streaming feature (i.e., second mode). Both the features are independent of each other and are used separately. |

such modes.



https://usa.yamaha.com/products/contents/audio_visual/musiccast/index.html



https://usa.yamaha.com/products/contents/audio_visual/musiccast/index.html



https://usa.yamaha.com/products/audio_visual/apps/musiccast_controller/index.html

MusicCast                                                                                                    About MusicCast

# ABOUT MUSICCAST

## ∧    What is MusicCast?

MusicCast is a streaming and multi-room audio system built into many Yamaha products, including AV receivers, sound bars, wireless speakers and a turntable. Designed to work with your Wi-Fi® router, MusicCast lets you stream all of your music and other audio content to every room in your home with easy control from the MusicCast app, an Alexa device or third-party control system, such as Control4, Crestron, ELAN, RTI, or URC.

Certain MusicCast products support MusicCast Surround and/or MusicCast Stereo capabilities, which allow for wireless multi-speaker configurations within a single room for surround or stereo sound. MusicCast Surround allows compatible MusicCast speakers to be used as wireless rear surround sound speakers to create a 5.1-ch. home theater system when used with a compatible AV receiver or sound bar. MusicCast Stereo allows for stereo or 2.1-ch. stereo configurations using compatible MusicCast speakers.

## ∧    What sets MusicCast apart from other multi-room audio systems?

**True Sound.** As the world's largest musical instrument manufacturer and leader in both professional and home audio solutions, Yamaha is as passionate about sound quality as you are. This passion is reflected throughout our product line – from sound performance of individual products to the underlying technologies, such as high-resolution audio streaming, supported by MusicCast.

**Flexibility.** MusicCast products support not only Wi-Fi, but also other wireless technologies like Bluetooth®, Spotify Connect and AirPlay®. Devices can also be wired to Ethernet. Plus, many MusicCast models offer HDMI®, optical, analog and/or phono inputs that can be selected as a source for listening throughout your home. Wired or wireless, streaming or traditional content, home theater or whole home audio — MusicCast supports it all.

https://usa.yamaha.com/products/contents/audio_visual/musiccast/musiccast-faqs.html

## ∧    Does MusicCast support iTunes or music libraries on mobile devices?

The MusicCast app supports playback of songs stored on smartphones and tablets that are not DRM (Digital Rights Management) protected. The app also supports playback of music libraries stored on a computer through UPnP (Universal Plug and Play), which is already available on most Windows and Mac computers or is easy to add. Additionally, it is possible to stream to MusicCast devices from iTunes on a computer using AirPlay.

https://usa.yamaha.com/products/contents/audio_visual/musiccast/musiccast-faqs.html

**Which streaming services are supported by MusicCast?**

Streaming services vary by country and model. In the United States, Spotify, Pandora, Amazon Music, Amazon Music HD, SiriusXM Internet Radio, SiriusXM Music for Business, Qobuz, Deezer, TIDAL and free internet radio can be accessed from the MusicCast app on most current MusicCast devices. Apple Music can be accessed using AirPlay 2 or AirPlay. For a list of streaming service availability for your MusicCast product, see here.

Using Bluetooth, MusicCast supports content from any streaming service available from your smartphone or tablet.

Does MusicCast support playback of Qobuz high-resolution audio?

Can multi-channel surround sound content (5.1-ch, 7.1-ch, etc.) be enjoyed in other rooms with MusicCast?

**Does MusicCast support Apple AirPlay® or AirPlay 2®?**

Many current MusicCast models support AirPlay 2, which allows you to stream audio from an iOS device or from iTunes on a Mac® or PC to either a single MusicCast device or to multiple MusicCast devices simultaneously. This gives you access to Apple Music on a MusicCast system and can even be controlled using Siri.

Other MusicCast devices support the first-generation AirPlay which allows you to stream audio from an iOS device to a *single* MusicCast device or from iTunes on a Mac® or PC to multiple MusicCast devices simultaneously. For these models, you may also use a Bluetooth connection or external input (HDMI, optical, analog) to stream to multiple MusicCast devices simultaneously.

Select MusicCast products support AirPlay 2®. See here for a list of AirPlay® and AirPlay 2® compatible products.

For more information on AirPlay2, see the Apple website here.

**https://usa.yamaha.com/products/contents/audio_visual/musiccast/musiccast-faqs.html**

**What is required to set up a MusicCast system?**

- One or more Yamaha MusicCast products
- Wi-Fi router
- Free MusicCast app on an Apple® or Android™ mobile device(iOS 10.0 or Android 4.1 or higher)

**How do I add a MusicCast device on the MusicCast app?**

**What Wi-Fi bands does MusicCast support?**

All MusicCast products are Wi-Fi CERTIFIED® and capable of operating on a 2.4 GHz. MusicCast products offering MusicCast Surround/Stereo compatibility also support 5 GHz.

When setting up a MusicCast system, it is generally advisable to select an SSID designated as 2.4 GHz since lower frequencies offer more reach through walls, floors and doors. For MusicCast models that support 5 GHz, this choice may provide cleaner channel availability in environments with especially heavy wireless congestion.

MusicCast Surround/Stereo configurations automatically make use of a separate 5 GHz connection that does not pass through the router, allowing for the best performance between devices within a single room.

**Is it necessary to use an Ethernet cable to connect a MusicCast device to a Wi-Fi router?**

No. Connection of MusicCast devices to your home Wi-Fi router can be made wirelessly following a few simple steps in the app and by using the "CONNECT" button on the device. MusicCast devices do offer the option of using a wired Ethernet connection if preferred.

https://usa.yamaha.com/products/contents/audio_visual/musiccast/musiccast-faqs.html



**RX-V685**

Find by purpose

BEFORE USING THE UNIT

FEATURES

PREPARATIONS

ENJOYING SOUND

PLAYBACK

CONFIGURATIONS

TROUBLESHOOTING

APPENDIX

Find by menu name

Option menu

Setup Menu

ADVANCED SETUP menu

Others

PLAYBACK › Listening to music streaming services

## Listening to a streaming service

You can listen to a streaming service with the MusicCast CONTROLLER on your mobile device. On the MusicCast CONTROLLER screen, select the room name that was specified for the unit, and then select the streaming service to be tuned into by its station name.

For details, see the MusicCast CONTROLLER app.

### NOTE

- Service is limited to certain areas.
- Services supported with the unit may not be available depending upon some regions where the unit is purchased.
- Service may change or be discontinued without notice.
- After registering the unit in the MusicCast CONTROLLER app, you can use the streaming service. For details, see the following:
  – "Adding the unit to the MusicCast network"
- To use this function, the unit must be connected to the Internet. You can check whether the network parameters (such as the IP address) are properly assigned to the unit. For details, see the following:
  – "Checking the network information on the unit"
- For details on music streaming services, see the supplements for streaming services. Access the Yamaha Downloads site to download the supplement.
  http://download.yamaha.com/

https://manual.yamaha.com/av/18/rxv685/en-US/3857334795.html



The easy-to-use MusicCast app lets you connect and control every connected Yamaha audio device.

https://youtu.be/ZAMTaMRwNoI



remote media source

In the app you will find easy access to all the most popular streaming services.

https://youtu.be/ZAMTaMRwNoI



https://youtu.be/ZAMTaMRwNoI